No. 691, Misc., SELLS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Harry K. Nier, Jr.* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Yeagley* and *Philip R. Monahan* for the United States.

No. 781, Misc. MITCHELL v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied.

No. 798, Misc. KEPHART v. RANDOLPH, WARDEN. Circuit Court of Rock Island, Illinois. Certiorari denied.

No. 811, Misc. NELSON v. ALVIS, WARDEN. Court of Appeals of Ohio, Franklin County. Certiorari denied.

No. 817, Misc. MONTALBANO v. HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 819, Misc. CARROLL v. HEINZE, WARDEN. Superior Court of California, Sacramento County. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, for respondent.

No. 846, Misc. JORDAN v. MICHIGAN. Recorder's Court for the City of Detroit, Michigan. Certiorari denied.

No. 897, Misc. WOLFE v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 900, Misc. LEVENTIS v. JACKSON, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.